## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03001-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

MOHAMED FARAY,

     Plaintiff,

v.

GENELEX CORPORATION,

     Defendant.

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**

**DEC 15 2010**

**GREGORY C. LANGHAM
CLERK**

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and a Complaint. As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are

deficient as described in this order. Notwithstanding the deficiencies, the Clerk of the

Court will be directed to commence a civil action. Plaintiff will be directed to cure the

following if he wishes to pursue his claims. Any papers which Plaintiff files in response

to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   __X__   affidavit is incomplete
(6)   __X__   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or
          application

(8) ___ An original and a copy have not been received by the court.
Only an original has been received.
(9) _X_ other: <u>Specify in the first paragraph whether you do or do not request</u>
<u>service of process by United States Marshals Service.</u>

**Complaint or Petition:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court.  Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  Any papers which Plaintiff files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a

copy of this Order, copies of the following form:  Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order**, the Complaint and the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 15, 2010, at Denver, Colorado.

BY THE COURT:

<u>s/ Boyd N. Boland</u>
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  10-cv-03001-BNB

Mohamed Faray
PO Box 461172
Glendale, CO 80246

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form** to the above-named individuals on December 15, 2010.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk