FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 07 2011

GREGORY C. LANGHAM
                 CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03001-BNB

MOHAMED FARAY,

    Plaintiff,

v.

GENELEX CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Mohamed Faray, currently resides in Glendale, Colorado. Mr. Faray initiated the instant action on December 13, 2010, by submitting a Complaint. He also filed a one page pleading titled "Complaint Against Genelex D.N.A. Companey [sic]" on December 21, 2010. On review of the December 13 and 21 pleadings, Magistrate Judge Boyd N. Boland entered an order on March 1, 2011, directing Plaintiff to file an Amended Complaint that includes all claims, named parties, and requests for relief. Plaintiff specifically was directed to amend the Complaint in keeping with *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007), and instructed that he must be a party to a contract to have standing to sue for breach of contract under *Bevill Co., Inc. v. Sprint/United Management Co.*, 77 F. App'x 461 (10th Cir. Oct. 6, 2003).

The March 1 Order to Amend was returned to the Court on March 15, 2011, and the envelope in which the Order was sent to Mr. Faray was marked, "Return to Sender Not Deliverable as Addressed Unable to Forward." Pursuant to Rule 10.1M. of the

Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within five days of any change of address. Nonetheless, Mr. Faray now has failed to communicate with the Court, and as a result he has failed to amend his Complaint within the time allowed.

On review of the Complaint, the Court finds that Magistrate Judge Boland correctly determined that Mr. Faray should amend the Complaint in keeping with *Nasious* and assert proper standing. Therefore, the Complaint will be dismissed for failure to amend and to prosecute. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to file an Amended Complaint and for failure to prosecute.

DATED at Denver, Colorado, this __7th__ day of ___April___, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03001-BNB

Mohamed Faray
PO Box 461172
Glendale, CO 80246

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 7, 2011.

                                    GREGORY C. LANGHAM, CLERK

                         By: _____
                                    Deputy Clerk