**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03001-LTB

MOHAMED FARAY,

     Plaintiff,

v.

GENELEX CORPORATION,

     Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     On September 7, 2011, Plaintiff filed a Letter, Doc. No. 16, and a Request to reopen this action, Doc. No. 15.   The request is DENIED.  The action was dismissed on April 7, 2011.  To the extent Plaintiff again is requesting that the Court reconsider the dismissal entered on April 7, the request is denied for the same reasons set forth in the Court's May 5, 2011 Order, which construed Plaintiff's previous Letter filed on May 2, 2011, as a Motion to Reconsider and denied that Motion.

Dated:  September 8, 2011,